UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DILLON LEWIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ARROW DRILLERS, INC.,<br><br>　　　　Defendant. | No. 2:23-cv-02927-DAD-JDP<br><br>ORDER REMANDING ACTION TO THE SACRAMENTO COUNTY SUPERIOR COURT PURSUANT TO THE STIPULATION OF THE PARTIES AND DENYING PLAINTIFF'S MOTION TO REMAND AS MOOT<br><br>(Doc. Nos. 12, 15) |

On April 3, 2025, the parties stipulated to remand of this action to the Sacramento Superior Court, where this action was originally filed. (Doc. No. 15.) Accordingly, and pursuant to the parties' stipulation, this action is remanded to the Sacramento County Superior Court. The pending motion to remand (Doc. No. 12) is hereby denied as having been rendered moot by this order. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **April 4, 2025**　　　　　　　　　　　／s／ Dale A. Drozd
　　　　　　　　　　　　　　　　　　　　DALE A. DROZD
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1